UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIET TUAN NGUYEN,<br><br>                              Plaintiff,<br><br>       v.<br><br>ASSET ACCEPTANCE LLC, et al.,<br><br>                              Defendants. | Case No. C12-1425-MJP<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, proceeding pro se, filed an application to proceed in forma pauperis ("IFP") in this Fair Debt Collections Practice case. Dkt. 1. In his application, plaintiff states that he earns $3000 net pay per month and that he has $1500 in a checking account. This level of financial resources makes plaintiff ineligible for IFP status, which is reserved for the truly indigent. The Court therefore recommends that plaintiff's IFP application be denied and he be directed to pay the filing fee within 30 days of the date this recommendation is adopted or the Clerk will close the file.

Any objections to this Recommendation must be filed no later than **September 10, 2012**. The matter will be ready for the Court's consideration on **September 14, 2012** and the Clerk should so note the matter. Objections shall not exceed ten pages. The failure to timely object

///

REPORT AND RECOMMENDATION - 1

1  may affect the right to appeal.

2      DATED this 27th day of August, 2012.

                                               BRIAN A. TSUCHIDA
                                               United States Magistrate Judge

REPORT AND RECOMMENDATION - 2