UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIET TUAN NGUYEN,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE LLC,<br><br>        Defendant. | CASE NO. C12-1425 MJP<br><br>ORDER DENYING REPORT AND RECOMMENDATION |

The Court takes notice of Plaintiff's payment of the filing fee. Because the payment of the filing fee renders the Report and Recommendation by the Honorable Brian A. Tsuchida (Dkt. No.3) moot, the Court denies the Recommendation.

Dated this 10th day of October, 2012.

Marsha J. Pechman
Chief United States District Judge

ORDER DENYING REPORT AND
RECOMMENDATION- 1